UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
2:17-cv-11944-BAF-MKM

Jessica A. Jones,

        Plaintiff,

-vs.

Transworld Systems, Inc.,

        Defendant.

_____/

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JESSICA A. JONES and Defendant TRANSWORLD SYSTEMS, INC., through their counsel, hereby stipulate and agree, that the above-captioned action be dismissed with prejudice and each party shall bear their own attorney's fees and costs.

        Respectfully Submitted,

| | |
|---|---|
| By:/s/ Stephen A. Thomas<br>Stephen A. Thomas (P43260)<br>Stephen A. Thomas, PLC<br>Attorney for Plaintiff<br>645 Griswold St., Suite 1360<br>Detroit, MI 48226<br>Phone: (313) 965-2265<br>sthomas@313965bank.com<br><br><br>Dated: October 18, 2017 | By: /s/ Morgan I. Marcus<br>Daniel W. Pisani<br>Morgan I. Marcus<br>Sessions Fishman Nathan & Israel, LLC<br>Attorneys for Defendant<br>120 South LaSalle Street, Suite 1960<br>Chicago, Illinois 60603-3651<br>Telephone: (312) 578-0990<br>E-mail: dpisani@sessions.legal<br>        mmarcus@sessions.legal |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
2:17-cv-11944-BAF-MKM

Jessica A. Jones,

        Plaintiff,

-vs.

Transworld Systems, Inc.,

        Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' stipulation, this matter is hereby DISMISSED with prejudice and with no award of costs or attorney's fees to either party.

SO ORDERED.

October 18, 2017                                  s/ Bernard A. Friedman

                                                   Hon. Bernard A. Friedman

                                                   U. S. District Judge